UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:23-cv-00988

TANISHA ROBERSON, an Illinois
resident, individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

HELZBERG'S DIAMOND SHOPS, LLC
f/k/a HELZBERG'S DIAMOND SHOPS,
INC., a Missouri limited liability company,

    Defendant.
_____/

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Tanisha Roberson ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: March 16, 2023.

    Respectfully submitted,

    */s/ Jeff Ostrow*
    Jeff Ostrow, Esq.
    Steven Sukert, Esq.
    **KOPELOWITZ OSTROW FERGUSON**
    **WEISELBERG GILBERT**
    One West Las Olas Blvd., Suite 500
    Fort Lauderdale, FL 33301
    Telephone: 954-525-4100

ostrow@kolawyers.com
sukert@kolawyers.com

Andrew J. Shamis, Esq.
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

*Counsel for Plaintiff and the Putative Class*