## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Tanisha Roberson

                                       Plaintiff,

v.                                                               Case No.: 1:23–cv–00988

                                                                              Honorable Steven C. Seeger

Helzberg's Diamond Shops, LLC

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the Notice of Voluntary Dismissal (Dckt. No. [7]) and under Rule 41(a)(1)(A)(i), this case is dismissed without prejudice. Each party shall bear their own fees and costs. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.